NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1161, -1224

SOLVAY S.A.,

Plaintiff-Appellant,

v.

HONEYWELL INTERNATIONAL, INC.,

Defendant-Cross Appellant.

Appeals from the United States District Court for the District of Delaware in case no. 06-CV-557, Judge Sue L. Robinson.

ON MOTION

O R D E R

Honeywell International, Inc. moves without opposition for a 30-day extension of time, until December 2, 2009, to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

AUG 2 7 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Arthur I. Neustadt, Esq.
     Robert G. Krupka, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 7 2009

JAN HORBALY
CLERK